FILED'06 DEC 07 11:58 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGER WEIDNER, et al.,                     Civ. No. 06-930-HO

        Plaintiffs,                  ORDER

  v.

ANTHONY ALBERTAZZI, et al.,

        Defendants.

    The court has ordered dismissal of all defendants. Pending are plaintiffs' motion for partial summary judgment, plaintiffs' motion for leave to file amended complaint, plaintiffs' motion to set aside orders dismissing defendants and renewed motion for summary judgment, and defendant Albertazzi's motion for extension of time.

    The court finds no grounds in plaintiffs' papers to set aside the orders dismissing defendants. Plaintiffs' seek to add Judge Barron as a defendant for having entered judgment

///

///

against plaintiffs.  Judge Barron is immune from suit for this act.

## Conclusion

Based on the foregoing, plaintiffs' motion for leave to file amended complaint [#81] is denied; plaintiffs' motion to set aside orders of dismissal and renewed motion for summary judgment [#96] is denied; and plaintiffs' motion for partial summary judgment [#82] and defendant Albertazzi's motion for extension of time [#76] are denied as moot.  The clerk shall enter judgment dismissing this action.

IT IS SO ORDERED.

DATED this 7th day of December, 2006.

_____
Michael R. Hogan
United States District Judge

2 - ORDER